| SCOTT VICKNAIR, LLC | * | NO. 2024-CA-0512 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| WAYNE ROBINSON | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

KKH

**HERMAN, J., DISSENTS WITH REASONS**

I respectfully dissent from the majority opinion and would dismiss the appeal in light of the jurisdictional issues identified therein.

As correctly noted by the majority, the June 28, 2024 amended judgment is an absolute nullity as it constitutes an impermissible substantive change in violation of the requirements of La. C.C.P. art. 1951. Considering that plaintiff's appeal solely references the amended judgment, the appeal should be dismissed.